**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 06-6317

---

TIMOTHY GRIMES,

                                            Plaintiff - Appellant,

        versus

RED ONION STATE PRISON; DEPARTMENT OF
CORRECTIONS; DANNY DAMRON; RONALD FOWLER; JAY
MCCONNELL; ALAN MCCOWAN; JEFFREY PHILLIPS;
ERIC SMITH; WILLIAM SYKES; DAVID TAYLOR; PAGE
TRUE, Warden; WILLIAM WRIGHT; RANDY BOYD,

                                      Defendants - Appellees,

        and

COMMONWEALTH OF VIRGINIA,

                                                Defendant.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, District
Judge. (7:05-cv-00036-SGW-MFU)

---

Submitted: October 18, 2006      Decided: November 15, 2006

---

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Timothy Grimes, Appellant Pro Se. William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Grimes appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grimes v. Red Onion State Prison, No. 7:05-cv-00036-SGW-MFU (W.D. Va. Feb. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED